JUDGE BUCHWALD

OFFICE COPY

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

07 CIV 8199

| | |
|---|---|
| American States Utility Services, Inc.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>Petrus Environmental Services, Inc. and<br>National O&M, Inc.,<br><br>　　　　　　　　　　Defendants. | Case No.<br><br>CERTIFICATE OF INTERESTED<br>PARTIES PURSUANT TO RULE 7.1<br>OF THE FEDERAL RULES OF<br>CIVIL PROCEDURE |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff American States Utility Services, Inc. (a private non-governmental party) certifies that said party is a wholly-owned subsidiary of American States Water Company, a publicly held company, the shares of which are traded on the New York Stock Exchange. The undersigned counsel further certifies that American States Utility Services, Inc. has no additional publicly held affiliates or subsidiaries.

Dated: September 19, 2007

                                              Respectfully submitted:

                                              O'Melveny & Myers LLP

                                              _____
                                              Barry H. Goldstein
                                              Times Square Tower
                                              7 Times Square
                                              New York, NY 10036

                                              Charles C. Read
                                              Elisabeth A. Wing Stone
                                              1625 Eye Street, N.W.
                                              Washington, DC 20006
                                              cread@omm.com
                                              lstone@omm.com

                                              Attorneys for Plaintiff
                                              American States Utility Services, Inc.