BARRY H. GOLDSTEIN
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000

CHARLES C. READ
ELISABETH A. WING STONE
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Telephone: (213) 430-6000

Attorneys for Plaintiff
American States Utility Services, Inc.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| American States Utility Services, Inc., <br><br> Plaintiff, <br><br> -against- <br><br> Petrus Environmental Services, Inc. and National O&M, <br><br> Defendants. | Case No. 07-cv-08199-NRB <br><br> **NOTICE OF DISMISSAL** <br><br> Hon. Naomi R. Buchwald |

    COMES NOW the Plaintiff, American States Utility Services, Inc., and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and prior to service by Defendants of an answer or motion for summary judgment, Plaintiff dismisses without prejudice the Complaint for Declaratory Relief in the above-captioned case.

Dated: February 28, 2008

Respectfully submitted:

O'Melveny & Myers LLP

*[signature]*

Barry H. Goldstein
Times Square Tower
7 Times Square
New York, NY 10036

Charles C. Read
Elisabeth A. Wing Stone
1625 Eye Street, N.W.
Washington, DC 20006
cread@omm.com
lstone@omm.com

Attorneys for Plaintiff
American States Utility Services, Inc.

SO ORDERED:

*[signature]*
NAOMI REICE BUCHWALD, U.S.D.J.

DATED: February 28, 2008